**Order filed August 16, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00506-CV
_____

**MICHAEL REEVES, Appellant**

**V.**

**CENTRAL HOUSTON NISSAN, Appellee**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2018-55206**

## ORDER

The court reporter responsible for preparing the record has informed the court appellant has not requested her to prepare the reporter's record. *See* Tex. R. App. P. 35.3(b)(2). If appellant does not request and pay (or make arrangements to pay) the court reporter for preparing the record (if not filing as an indigent party) and provide this court with proof of the request as well as payment or indigency, we may consider and decide those issues or points that do not require a reporter's record. *See* Tex. App. P.37.3(c). Such proof must be provided by **August 30, 2019**.

PER CURIAM